AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

MARTINE LEONE OLLIER, a/k/a MARTINE LEONE OLLIER MEKNI, and EMACO TRADING LIMITED,

*Plaintiff(s)*

v.

BARCLAY PHARMACEUTICALS LIMITED, BURFORD CAPITAL LLC, KELLNER, HERLIHY, GETTY & FRIEDMAN, LLP, SEQUOR LAW, EVERSHEDS SUTHERLAND (INTERNATIONAL) LLP, and NEVILLE PAUL BYFORD,

*Defendant(s)*

Civil Action No.   18cv0167

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

| | | | |
|---|---|---|---|
| Barclay Pharmaceuticals Limited<br>Enterprise House<br>Stroke-On-Trent, ST7 1TL<br>United Kingdom | Burford Capital LLC<br>292 Madison Avenue<br>New York, NY 10017 | Burford Capital LLC<br>24 Cornhill<br>London EC3V 3ND<br>United Kingdom | Kellner, Herlihy, Getty & Friedman, LLP<br>470 Park Avenue South<br>New York, NY 10016 |
| Sequor Law, 1001 Brickell Bay Drive<br>Miami, Florida 33131 | Eversheds Sutherland (International) LLP<br>1 Wood Street, London EC2V 7WS<br>United Kingdom | | Nevelle Paul Byford<br>1 Wood Street, London EC2V 7WS<br>United Kingdom |

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: January 9, 2018

/s/ Symia James
*Signature of Clerk or Deputy Clerk*

